This document was signed electronically on September 25, 2016, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 25, 2016**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | IN PROCEEDINGS UNDER |
| ) | CHAPTER 7 |
| JAMES RONALD BURNS ) | |
| ) | CASE NO. 15-52933-amk |
| Debtor. ) | |
| ) | JUDGE ALAN M. KOSCHIK |
| * * * * * * ) | * * * * * * |
| ) | |
| KENNETH B. KREITZBURG ) | ADVERSARY PROCEEDING |
| ) | No. 16-05022 |
| Plaintiff, ) | |
| ) | |
| vs. ) | AGREED JUDGMENT ENTRY |
| ) | |
| JAMES RONALD BURNS ) | |
| ) | |
| Defendant. ) | |

This Court having been apprised that the parties have by their signatures hereon agreed to the entry of judgment as follows herein, it is hereby agreed, adjudged and decreed as follows:

    1.    This is a core proceeding over which this Court has jurisdiction under Title 28 U.S.C. Section 157(b).

2. This Court also has jurisdiction over this proceeding pursuant to Title 28 U.S.C. Section 1334, in that this proceeding arises in bankruptcy case no. 15-52933-amk filed by James Ronald Burns under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division.

3. Plaintiff is a creditor of Defendant, who is the debtor in this Chapter 7 case.

4. Defendant is indebted to Plaintiff in the sum of Thirty Five Thousand Dollars ($35,000.00), plus court costs in the amount of Two Hundred Thirty Dollars ($230.00), plus simple interest calculated on the unpaid portion of the sum of the foregoing at the rate of ten percent (10%) per annum from and after July 21, 2005, less the payments made in the amounts and on the dates hereinafter set forth, as a result of the acts willfully committed by Defendant to the injury of Plaintiff as determined in the judgment entered against Defendant and in favor of Plaintiff on July 21, 2005 by the Summit County Court of Common Pleas, in Case No. CV2003-11-6907, which judgment is a valid and subsisting judgment in said sum against Defendant and in favor of Plaintiff and as a result of such willfully committed acts is non-dischargeable and excepted from discharge pursuant to 11 U.S.C. Sections 523(a)(2)(A) and 523(a)(6).

5. Payments on account of such Judgment in the following amounts were made by Defendant and received by Plaintiff on the following dates:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/05/05 | $1,000.00 | 10/16/07 | $ 300.00 |
| 09/13/05 | 300.00 | 11/26/07 | 300.00 |
| 10/06/05 | 300.00 | 01/08/08 | 300.00 |
| 11/23/05 | 300.00 | 01/16/08 | 300.00 |
| 12/14/05 | 300.00 | 02/18/08 | 300.00 |
| 01/05/06 | 300.00 | 03/17/08 | 300.00 |
| 02/09/06 | 300.00 | 04/28/08 | 300.00 |
| 03/05/06 | 300.00 | 05/27/08 | 300.00 |
| 04/06/06 | 300.00 | 06/27/08 | 300.00 |
| 05/10/06 | 300.00 | 07/18/08 | 300.00 |
| 06/10/06 | 300.00 | 09/02/08 | 300.00 |
| 07/03/06 | 300.00 | 10/09/08 | 600.00 |
| 08/10/06 | 300.00 | 12/02/08 | 300.00 |
| 09/08/06 | 300.00 | 01/09/09 | 600.00 |
| 10/09/06 | 300.00 | 02/25/09 | 300.00 |
| 11/03/06 | 300.00 | 04/27/09 | 600.00 |
| 12/12/06 | 300.00 | 06/05/09 | 600.00 |

| | | | |
|---|---|---|---|
| 01/10/07 | 300.00 | 08/27/09 | 300.00 |
| 02/26/07 | 300.00 | 11/02/09 | 600.00 |
| 03/13/07 | 300.00 | 01/27/10 | 600.00 |
| 04/16/07 | 300.00 | 05/10/10 | 600.00 |
| 05/14/07 | 300.00 | 06/28/10 | 300.00 |
| 06/19/07 | 300.00 | 07/07/10 | 300.00 |
| 07/19/07 | 300.00 | 01/26/11 | 200.00 |
| 08/21/07 | 300.00 | | |
| 09/08/07 | 300.00 | | |

6. Defendant is barred from and agrees not to in any way oppose any attempt by Plaintiff to secure relief from the stay of 11 U.S.C. Section 362.

7. The costs of this action shall be borne by Defendant.

###

Submitted by:

*/s/ Joseph E. Oliver*
Joseph E. Oliver, Esq. (0014298)
JOSEPH E. OLIVER, CO.
Attorney for Kenneth B. Kreitzburg
230 White Pond Drive, Suite A
Akron, OH 44313
Telephone: (330) 869-9944
Facsimile: (330) 869-0651
Email: jeoco2@aol.com

*/s/ E. Lee Wagoner, Jr.*
E. Lee Wagoner, Jr., Esq. (00373833)
Attorney for James Ronald Burns
2351 Becket Circle
Stow, Ohio 44224
Telephone: (330) 322-1399
Email: elwagoner@yahoo.com

*/s/ James Ronald Burns*
James Ronald Burns, Defendant/Debtor
2159 Meloy Road
Kent, Ohio 44240

*/s/ Kenneth B. Kreitzburg*
Kenneth B. Kreitzburg, Plaintiff
262 West Garwood Drive
Tallmadge, Ohio 44278

PARTIES TO BE SERVED ELECTRONICALLY:

Kathryn Belfance, Trustee